UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMION K. WEST,** *et al.***,**<br><br>   **Plaintiffs,**<br><br>   **v.**<br><br>**DISTRICT OF COLUMBIA,**<br><br>   **Defendant.** | **Civil Action No. 1:22-cv-03107-CRC** |

### DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Defendant the District of Columbia (the District) moves to dismiss Plaintiffs' Complaint for failure to state a claim under Rule 12(b)(6).  Plaintiffs challenge the allegedly prolonged retention of their property under the Fourth and Fifth Amendments and the common law.  However, a challenge to the retention of lawfully seized property does not sound in the Fourth Amendment.  And Plaintiffs cannot state a Due Process claim because they failed to avail themselves of available procedures to seek the return of their property.  Further, Plaintiffs cannot state a claim under the Takings Clause because their property was seized pursuant to search warrants.  Lastly, Plaintiffs have failed to plead a viable tort claim.  Therefore, the Court should dismiss the Complaint in its entirety.

Dated: January 20, 2023.                               Respectfully Submitted,

                                                                         BRIAN L. SCHWALB
                                                                         Attorney General for the District of Columbia

                                                                         STEPHANIE E. LITOS
                                                                         Interim Deputy Attorney General
                                                                         Civil Litigation Division

                                                                         */s/ Matthew R. Blecher*

MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation Division

*/s/ Helen M. Rave*
HELEN M. RAVE [90003876]
Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 735-7520
Email: helen.rave@dc.gov

*Counsel for Defendant*