# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMION K. WEST,** *et al.***,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>    **Defendant.** | **Civil Action No. 1:22-cv-03107-CRC** |

## ORDER

Upon consideration of Defendant's Motion to Dismiss the Complaint (Motion), Plaintiffs' opposition, and the entire record, it is this _____ day of _____ 2023, **ORDERED** that:

    1)    The Motion is **GRANTED**; and

    2)    Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Date: _____

                                                      CHRISTOPHER R. COOPER<br>
                                                    United States District Judge