# EXHIBIT A

Filed
D.C. Superior Court
09/27/2022 17:22PM
Clerk of the Court

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br>a municipal corporation,<br>400 Sixth Street, N.W.,<br>Washington, D.C. 20001,<br><br>     *Petitioner*,<br><br>v.<br><br>DAMANI BATCHLER,<br>9603 Mount Laurel Court,<br>Upper Marlboro, MD 20772,<br><br>     *Respondent*. | Judge-in-Chambers<br>Case No.: 2022 CA 4154 2<br><br>2 0 2 2  4 1 5 4 |

## ORDER

Upon consideration of the District of Columbia's (District) Petition to Hold or Impose Conditions on Property Held for Forfeiture, any response filed by Respondent Damani Batchler, the evidence and arguments presented at a hearing held on __September 27, 2022__, the entire record, and the District having filed with the Court proof of service that the notice of seizure was served on Respondent as required by D.C. Code § 41-304, and having established by probable cause that the Property is subject to forfeiture, it is by the Court this __27th__ day of __September__, 2022:

**ORDERED** that the District's petition is GRANTED; and it is

**FURTHER ORDERED** that the District is authorized to hold the property subject to these proceedings (Property) throughout the pendency of libel proceedings, provided that the libel is filed within 60 days of the date Respondent filed a claim for the Property. Should the libel not be filed within that time, the Property shall be returned to the owner, and the District is barred from proceeding with a libel, unless the Court grants an extension for good cause shown.

**IT IS SO ORDERED.**

_____
Judge Zinora Mitchell-Rankin, Senior Judge
Sitting as Judge-in-Chambers

Copies to all Parties in open court or to:
Anthony Celo
~~Antoine M. Williams~~
Assistant Attorney General
400 Sixth Street, N.W.
Washington, D.C. 20001,

Damani Batchler
9603 Mount Laurel Court
Upper Marlboro, MD 20772
damani.batchler@gmail.com
*Respondent*

2